IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DELORIS PHILLIPS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-cv-02166-K (BT) |
| | § | |
| INTERSTATE ESTATE OF | § | |
| RICHARD LEON MEANKINS, | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, dated December 18, 2025, the court finds that the findings and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

It is, therefore, ordered that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted, and movant's request to proceed *in forma pauperis* on appeal is denied.

Movant may challenge this finding by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit within 30 days from the date of this order.

**SO ORDERED.**

January 6th, 2026.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE